# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE SHERWIN-WILLIAMS COMPANY, | )<br>)<br>) |
| Plaintiff / Counterclaim Defendant, | ) Case No. 2:17-cv-01023-JFC |
| v. | ) Hon. Joy Flowers Conti |
| PPG INDUSTRIES, INC., | ) |
| Defendant / Counterclaim Plaintiff. | ) |

## ORDER

On this date, the Court considered Plaintiff The Sherwin-Williams Company's ("Sherwin") Motion for Leave of Court to file exhibits to its response to PPG's brief in support of introduction of certain evidence of Sherwin's "competitive intelligence" ("Sherwin's Response"). The Motion is hereby GRANTED.

Sherwin is granted leave to file Exhibits A and B to Sherwin's Response under seal.

**IT IS SO ORDERED**.

Dated: February 28, 2022

s/Joy Flowers Conti
Joy Flowers Conti
United States District Judge